CARL WINTERS and VALESKA WINTERS, Copartners, etc., Respondents, v.

SMALL & STRAUSBERG CIRCUIT, INC., Appellant.— Application denied, with ten dollars costs